**Elizabeth S. PAOLUCCI, Appellee**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellant.**

Supreme Court of Pennsylvania.

Argued May 11, 2016.

Decided May 25, 2016.

Gerard Matthew Mackarevich, Com. of Pa., Governor's Office of General Counsel, Carol J. Mowery, Pa. Dept. of Labor & Industry, for Unemployment Comp. Bd. of Review, Appellant.

Howard Andrew Rosen, H. Rosen Law, P.C., for Elizabeth Paolucci, Appellee.

**ORDER**

PER CURIAM.

The appeal is DISMISSED as having been improvidently granted.